IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| S.Q., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:26-cv-11-CDL-ALS |
| | : | |
| Warden, STEWART DETENTION, CENTER, *et al.*, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

Pending before the Court is Respondents' motion to dismiss Petitioner's application for habeas corpus relief. (ECF Nos. 1, 4). In relevant part, Respondents assert that Petitioner has not met his evidentiary burden under *Zadvydas v. Davis*, 533 U.S. 678 (2001), to show that there is no significant likelihood of removal in the reasonably foreseeable future. (ECF No. 4, at 4). Petitioner alleged under penalty of perjury that "[n]o repatriation agreement exists between the United States and Afghanistan." (ECF No. 1, at 5). However, in support of the motion to dismiss filed in this case on January 28, 2026, Respondents submitted the sworn declaration of Deportation Officer Lukeisha O. Atkinson – signed on January 27, 2026. (ECF No. 4-1, at 2). Officer Atkinson declared that: (1) Immigration and Customs Enforcement/Enforcement and Removal Operations ("ICE/ERO") submitted Petitioner's initial travel document request on November 13, 2024, which was denied on November 18, 2024; and (2) ICE/ERO resubmitted that request on November 18, 2025 and again on January 7, 2026, with both requests remaining pending as of the declaration date. *Id.*

Petitioner filed a response, declared under penalty of perjury, to the motion to dismiss. (ECF No. 8). Petitioner contends therein "that his evidence is within the Respondent[s'] response that Afghanistan refused to give him a travel document[.]" *Id.* at 5.

Accordingly, Respondents are **ORDERED** to file a supplemental brief no longer than five (5) pages **within fourteen (14) days** to address whether Afghanistan denied Petitioner's travel document request after November 18, 2025 and January 7, 2026, as well as any other developments which may bear on the Court's consideration of whether there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future. Respondents may attach as exhibits such documentation necessary to support Respondents' supplemental contentions. Petitioner shall have **seven (7) days** following the filing of Respondents' supplemental brief to file any desired response no longer than five (5) pages, which may include documentary exhibits in support thereof. If Respondents believe a reply is necessary, Respondents may file a motion requesting leave to do so and setting forth the reasons for seeking a reply. Thereafter, the Court will consider this matter and issue a Recommendation.

**SO ORDERED**, this 4th day of March, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE